U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Chicago Regional Council of Carpenters Pension Fund et al.<br>v.<br>Commercial Woodworker Installer, LLC | Case Number: |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Chicago Regional Council of Carpenters Pension Fund, et al.

07CV6491
JUDGE CASTILLO
MAG. JUDGE COX

| | |
|---|---|
| NAME (Type or print)<br>Raymond J. Sanguinetti | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ [signature] | |
| FIRM<br>Whitfield, McGann & Ketterman | |
| STREET ADDRESS<br>111 East Wacker Drive, Suite 2600 | |
| CITY/STATE/ZIP<br>Chicago IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6244798 | TELEPHONE NUMBER<br>(312) 251-9700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

FILED
NOV 15 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT