IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, and Their Trustees, | ) ) ) ) ) ) ) | No. 07 C 6491 |
| Plaintiffs, | ) ) | Judge Castillo |
| v. | ) ) ) | |
| COMMERCIAL WOODWORKER INSTALLER, LLC, | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S RULE 6(b) MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Defendant Commercial Woodworker Installer, LLC, by its attorneys Robert H. Muriel and Michele D. Miladinov of Muriel Law Offices, LLC, for its Rule 6(b) Motion for Enlargement of Time to Respond to Complaint, states as follows:

1. This action was brought under both the Taft-Hartley Act and the Employee Retirement Income Security Act.

2. Defendant received a copy of the complaint on or about November 20, 2007. The undersigned was recently retained to represent Defendant Commercial Woodworker Installer, LLC in the defense of this case.

3. This motion is not being filed for any improper purpose and will not materially prejudice plaintiff in any respect.

WHEREFORE, Defendant Commercial Woodworker Installer, LLC respectfully requests that it be given an enlargement of time of 28 days to respond to plaintiff's complaint.

Dated: December 10, 2007　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　COMMERCIAL WOODWORKER INSTALLER, LLC

　　　　　　　　　　　　　　　　　　　　/s/ Robert H. Muriel
　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　One of its Attorneys

Robert H. Muriel (6216589)
Michele D. Miladinov (6293388)
MURIEL LAW OFFICES, LLC
Three First National Plaza
Suite 5050
Chicago, Illinois 60602
(312) 602-1060