IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, and Their Trustees, | ) ) ) ) ) ) ) | No. 07 C 6491 |
| Plaintiffs, | ) ) | Judge Castillo |
| v. | ) ) ) | |
| COMMERCIAL WOODWORKER INSTALLER, LLC, | ) ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

Raymond J. Sanguinetti
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601

    **PLEASE TAKE NOTICE** that on December 18, 2007 at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ruben Castillo, or any other judge sitting in his stead of courtroom 2141 in the District Court of the Northern District of Illinois, Eastern Division and present the attached Rule 6(b) Motion for Enlargement of Time to Respond to Plaintiffs' Complaint.

                                                    COMMERCIAL WOODWORKER INSTALLER, LLC

                                                   /s/ Robert H. Muriel
                      By: _____
                                    One of its Attorneys

Robert H. Muriel (6216589)
Michele D. Miladinov (6293388)
MURIEL LAW OFFICES, LLC
Three First National Plaza
Suite 5050
Chicago, Illinois 60602
(312) 602-1060

## **CERTIFICATE OF SERVICE**

I, Robert H. Muriel, an attorney, do hereby certify that a copy of the foregoing **Notice of Motion and Rule 6(b) Motion for Enlargement of Time to Respond to Plaintiffs' Complaint** was served upon the above-referenced attorney of record via Electronic Mail on this the 10$^h$ day of December, 2007.

/s/ Robert H. Muriel
_____

Robert H. Muriel