IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07C 6491 |
| | ) ) | Judge Castillo |
| v. | ) ) | Magistrate Judge Fox |
| COMMERCIAL WOODWORKER INSTALLER LLC, | ) ) ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiffs, by its attorney, Raymond J. Sanguinetti, and Defendant by its attorney Michele D. Miladinov of the Muriel Law Offices, LLC, in accordance with the Court's December 14, 2007 order, report on status as follows:

1.  The parties have reached a settlement and are currently exchanging documents for signature. This matter should be fully resolved no later than March 31, 2008, whereupon, the parties plan on filing a stipulation to dismiss with prejudice.

2.  This matter is currently scheduled for status on January 29, 2008.

Respectively submitted,

| | |
|---|---|
| s/ RAYMOND J. SANGUINETTI | s/ MICHELE D. MILADINOV |
| Attorney for Plaintiffs | Attorney for Defendant |
| Whitfield & McGann | MURIEL LAW OFFICES, LLC |
| 111 E. Wacker Drive | Three First National Plaza |
| Suite 2600 | Suite 5050 |
| Chicago, IL 60601 | Chicago, IL 60602 |
| 312/251-9700 | 312/ 602-1060 |