# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6491 | **DATE** | 1/17/2008 |
| **CASE TITLE** | Chicago Regional Council of Carpenters Pension Fund, et al. Vs. Commercial Woodworker Installer, LLC | | |

**DOCKET ENTRY TEXT**

Status hearing set for 1/29/2008 is vacated. The Court has learned that the parties have reached a settlement. This case is hereby dismissed without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents by 4/4/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|