IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, the CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE and TRAINEE PROGRAM FUND, and Their Trustees,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>COMMERCIAL WOODWORKER INSTALLER, LLC,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION<br>)　Case No.: 07C 6491<br>)<br>)<br>)<br>)<br>)　Judge Castillo<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties in this case, by and through their respective attorneys, hereby stipulate and agree that this matter be dismissed with prejudice with each party to bear its own costs and attorney fees.

The parties further agree and stipulate that the Court shall retain jurisdiction of this case in order to enforce the terms of the settlement.

Chicago Regional Council　　　　　　　　　　　　Commercial Woodworker Installer, LLC
　of Carpenters Pension Fund,
　et al.

　　　s/Raymond J. Sanguinetti　　　　　　　　　　　s/Robert H. Muriel
By: _____　　　By:_____
　　Raymond J. Sanguinetti　　　　　　　　　　　　Robert H. Muriel
　　Attorney for Plaintiffs　　　　　　　　　　　　　Attorney for Defendant
　　Whitfield, McGann & Ketterman　　　　　　　Muriel Law Offices, LLC
　　111 E. Wacker Drive, Suite 2600　　　　　　　Three First National Plaza
　　Chicago, Illinois 60601　　　　　　　　　　　　Suite 5050
　　(312) 251-9700　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　　　　　(312) 602-1060